IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

JAMES M. DEVONE, SR                    )
                                       )
            Plaintiff,                 )
                                       )
            v.                         )            1:05CV00206
                                       )
LOUIS S. DEVONE, JR,                   )
                                       )
            Defendant.                 )
_____ )

JUDGMENT

Tilley, Chief Judge

        For the reasons set forth in the contemporaneously filed Memorandum

Opinion, Defendant's Motion to Dismiss is GRANTED, and this case is DISMISSED.

        As a result, Plaintiffs' Motion to Stay Order of the Durham County Superior

Court [Doc. #7] is DENIED; Plaintiff's Motion for Intervening Attorney to Certify

Appellate Capabilities [Doc. #10] is rendered MOOT; and Plaintiff's Motion to

Strike Defendant's Answer/Motion to Dismiss [Doc. #14] is DENIED.

        Additionally, Defendant's Motion for Sanctions Pursuant to Rule 11 [Doc.

#19] is DENIED.

        This the day of February 13, 2006.


                                       /s/   N. Carlton Tilley, Jr.
                                       United States District Judge